UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRWIN PHILLIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>- against -<br><br>PATHEON N.V., PAUL S. LEVY, DANIEL AGROSKIN, HUGH WELSH, PHILIP EYKERMAN, GARY PISANO, PAMELA DALEY, JEFFREY P. MCMULLEN, WILLIAM B. HAYES, HANS PETER HASLER, CHARLES COGUT, AND STEPHAN TANDA,<br><br>      Defendants. | Case No. 1:17-cv-04604-VEC<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/8/2017 |

## ORDER CLOSING AND TERMINATING THE ACTION

  WHEREAS, on July 21, 2017, the Court entered an Order dismissing with prejudice the complaint in the above-captioned action and retaining jurisdiction solely for considering any application concerning Plaintiffs' Counsels' prospective claim for attorneys' fees and expenses;

  WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for attorneys' fees or expenses in the above-captioned action or in any of the following related actions: *Sciabacucchi v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04657-VEC (S.D.N.Y.), *Bushansky v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04758-VEC (S.D.N.Y.), or *Ma v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04979-VEC (S.D.N.Y.);

  There being no further issue for the Court to consider, the Court, at the request of the parties, hereby issues the following order:

- 2 -

1. The above-captioned action is terminated and administratively closed, with the Court no longer retaining jurisdiction to consider any application for attorneys' fees and expenses.

SO ORDERED this   8th   day of September   , 2017

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT COURT JUDGE

Case 1:17-cv-04604-VEC Document 161 Filed 09/08/17 Page 2 of 2